Edward W. Floyd, Esq.
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910
efloyd@evw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| POLISH STEAMSHIP COMPANY, and POLSTEAM SHIPPING COMPANY,<br><br>                                             Plaintiffs,<br><br>-against-<br><br>NOVEL COMMODITIES S.A.,<br><br>                                             Defendant. | 13 Civ. 3143 (SDW)(MCA)<br>ECF CASE<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Whereas this action was commenced on May 16, 2013; and

Whereas the Defendant, Novel Commodities S.A., has not filed or served either an answer or a motion for summary judgment;

Notice is hereby given that the Plaintiffs, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismiss this action *without prejudice.*

Dated: New York, New York
       December 19, 2013

                                             EATON & VAN WINKLE LLP

                                             By:    s/ Edward W. Floyd
                                                    Edward W. Floyd, Esq.
                                                    3 Park Avenue
                                                    New York, New York 10016-2078
                                                    (212) 779-9910

So Ordered
this ___ day of December 2013
Susan D. Wigenton, U.S.D.J.